IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANLEY F. FROMPOVICZ,<br>    Plaintiff,<br><br>    v.<br><br>NIAGARA BOTTLING, LLC, ICE RIVER<br>SPRINGS WATER CO, INC.,<br>CROSSROADS BEVERAGE GROUP<br>AND JAMES J. LAND, JR.,<br>    Defendants. | CIVIL ACTION<br><br><br><br><br>NO. 18-54 |

# O R D E R

**AND NOW**, this 17th day of July, 2019, upon consideration of Plaintiff's unopposed request via facsimile to extend two deadlines from the Third Amended Scheduling Order (ECF#88), **IT IS HEREBY ORDERED** that:

1. Any discovery of Defendants' class certification experts shall be completed by **August 16, 2019**; and

2. Plaintiff's deadline to file a reply in further support of his motion for class certification, and to file a response to Defendants' motion to exclude Plaintiff's class certification expert Dr. Jeffrey Stec, is **August 23, 2019**.

All other deadlines from the May 20, 2019 Third Scheduling Order shall **REMAIN**.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____

**WENDY BEETLESTONE, J.**