# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STANLEY F. FROMPOVICZ,**<br>    **Plaintiff,**<br><br>        v.<br><br>**NIAGARA BOTTLING, LLC, ICE RIVER SPRINGS WATER CO, INC., AND JAMES J. LAND, JR.,**<br>    **Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 18-54** |

**AND NOW**, this 9th day of October, 2019, **UPON CONSIDERATION OF** Plaintiff's Motion for Class Certification and supporting memoranda (ECF 77 and 108) and Defendants' responses thereto (ECF 94, 98 and 124), Plaintiff's motion is **DENIED**.

**IT IS FURTHER ORDERED THAT, UPON CONSIDERATION OF** Defendants' Motion to Exclude the Opinions of Jeffrey A. Stec and supporting memoranda (ECF 96 and 109) and Defendants' response thereto (ECF 119), Defendants' motion is **DENIED** as **MOOT**.

        **BY THE COURT:**

        /s/Wendy Beetlestone, J.

        _____
        **WENDY BEETLESTONE, J.**