APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**FILED**

OCT 1 6 2019

KATE BARKMAN, Clerk
By_____Dep. Clerk

Stanley F. Frompovicz,                           :        CIVIL ACTION
                                                 :
        v.                                       :
                                                 :
Niagara Bottling, LLC, et al.                    :
                                                 :    NO.   18-cv-00054-WB

## ORDER

AND NOW, this | 5ᵗʰ Day of OCTOBER , 2019 , it is hereby

ORDERED that the application of _Ryan F. Stephan_____ , Esquire, to practice in this

court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____
                        J.