IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STANLEY F. FROMPOVICZ** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | **NO. 18-cv-00054-WB** |
| **JAMES J. LAND, JR.** | : | |
| **Defendant.** | : | |

## ORDER

The parties were directed by Judge Beetlestone to negotiate language concerning the impact of a proposed settlement agreement[1] on indemnity or contribution claims, and defenses to such claims, and on the extent of releases granted by the proposed settlement agreement. *See* Doc. No. 148. In pursuance of the Order I held a settlement conference and conducted several telephone calls. By telephone calls today I confirmed that the parties are presently at an impasse. Accordingly, this 28th day of July, 2020, it is

## ORDERED

That within 14 days of the date of this Order the parties shall file status letters advising the court whether an additional period of time for negotiation will be helpful. If any party wishes to file a motion to enforce settlement in lieu of a status letter, the motion shall be filed within 14 days of the date of this Order. If the parties wish to return to discussions with me, they shall advise me by email to my chambers.

*s/Richard A. Lloret*
_____
**RICHARD A. LLORET**
**U.S. MAGISTRATE JUDGE**

---

[1] I do not express an opinion on whether the parties currently have an enforceable settlement agreement.