IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANLEY F. FROMPOVICZ,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>NIAGARA BOTTLING, LLC, ICE RIVER<br>SPRINGS WATER CO, INC.,<br>CROSSROADS BEVERAGE GROUP<br>AND JAMES J. LAND, JR.,<br>　　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO. 18-54 |

## O R D E R

**AND NOW**, this 16th day of October, 2020, upon consideration of Plaintiff's Motion to Enforce the Settlement Agreement (ECF No. 170), Defendant Niagara Bottling, LLC's Motion to Enforce the Settlement Agreement (ECF No. 171), Defendant James J. Land, Jr.'s response thereto (ECF No. 172), and Niagara Bottling, LLC's Reply thereto (ECF No. 173), **IT IS ORDERED** that the Motions to Enforce the Settlement Agreement are hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Defendant Niagara Bottling, LLC's and Plaintiff's requests for costs and attorneys' fees incurred in litigating this motion are hereby **GRANTED**. Plaintiff and Niagara Bottling, LLC shall file briefs specifying the amount requested no later than **October 21, 2020**. Defendant Land shall file any reply no later than **November 4, 2020**.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**