IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANLEY F. FROMPOVICZ,<br>Plaintiff,<br><br>v.<br><br>NIAGARA BOTTLING, LLC, ICE RIVER SPRINGS WATER CO, INC., CROSSROADS BEVERAGE GROUP AND JAMES J. LAND, JR.,<br>Defendants. | CIVIL ACTION<br><br><br><br>NO. 18-54 |

## O R D E R

**AND NOW**, this 16th Day of February, 2021, upon consideration of Plaintiff Stanley Frompovicz's Brief in Support of Request for Reimbursement of Attorneys' Fees and Costs (ECF 177), Defendant Niagara Bottling, LLC's Brief in Support of Request for Reimbursement of Attorneys' Fees and Costs (ECF 176), Defendant James J. Land's Reply thereto (ECF 178), Niagara's Reply (ECF 181), and Frompovicz's materials in support of the amount requested (ECF 184), **IT HEREBY ORDERED** that the Motions are **GRANTED IN PART AS FOLLOWS**: James J. Land shall reimburse Niagara Bottling, LLC for $98,194.84 in attorneys' fees and $27.45 in costs, and shall reimburse Frompovicz $12,200 in attorneys' fees and $190.29 in costs incurred in litigating the Motion to Enforce the Settlement Agreement.

BY THE COURT:

*/s/ Wendy Beetlestone*

**WENDY BEETLESTONE, J.**